AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Amanda C. Bowden | ) | Case No.  3:13 mj 49 (WIG) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

2013 FEB 20  P 4: 11

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 5-14, 2013_____ in the county of _____New Haven_____ in the

_____ District of _____Connecticut_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1038(a)(1) | False information and hoaxes |

This criminal complaint is based on these facts:

Between February 6 and 14, 2013, Amanda C. Bowden falsely communicated by telephone texts and conversations that she was planning a suicidal bombing and mass shooting at Gateway Community College in New Haven, CT, and claimed to have built two napalm bombs for that purpose, which if true would violate 18 U.S.C. § 844(f) and (i) (attempted bombing), all in violation of 18 U.S.C. § 1038(a)(1) (false information/hoaxes).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Erick Hoovis, Joint Terrorism Task Force
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  2/20/13

_____
/s/ William I. Garfinkel, USMJ
*Judge's signature*

City and state:  Bridgeport, Connecticut

Hon. Warren I. Garfinkel, U.S. Magistrate Judge
*Printed name and title*

STATE OF CONNECTICUT           :

                               :     ss:  CITY OF BRIDGEPORT

COUNTY OF FAIRFIELD            :

## **AFFIDAVIT**

Erick Hoovis, being duly sworn, deposes and states the following:

1.      I am a Task Force Officer assigned to the Connecticut Joint Terrorism Task Force ("JTTF"), and have served on the JTTF since 2010.  Between 2008 and 2010, I was assigned to the New York JTTF.  I became a law enforcement officer in 1993, assigned to the New York Police Department ("NYPD"), where I became a Detective in 1998.  I have investigated numerous criminal offenses under both state and federal criminal law, and have served as an affiant on, and have participated in the execution of, numerous search and seizure warrants in both New York and Connecticut.

2.      I make this Affidavit in support of a Complaint and arrest warrant charging Amanda C. Bowden ("BOWDEN") with one count of 18 U.S.C. § 1038(a)(1) (false information and hoaxes).

3.      The statements contained in this Affidavit are based upon my training and experience, my observations and personal knowledge, information and phone text message contents provided by a cooperating witness, the execution of a search warrant at BOWDEN's residence, and information provided by other law enforcement personnel.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause to support the issuance of a Complaint, I have not included every fact known to me concerning this investigation, but only those facts that I believe are necessary to establish probable cause for the Complaint.



## Summary

5.      As described in more detail below, within the last two weeks BOWDEN has made a series of telephonic communications, initially by telephone text-messages to a cooperating witness, and subsequently by both telephone text-messages and spoken conversations to an undercover law enforcement agent, in which she described and discussed her plans to commit a suicidal mass shooting and bombing at Gateway Community College in downtown New Haven. In these communications, BOWDEN claimed to possess firearms at her residence, and to have constructed at least two napalm-based bombs at her residence. On February 19, 2013, investigating agents conducted a court-authorized search of BOWDEN's residence at 11 Ozone Road East Haven, Connecticut.  Neither firearms nor explosive devices or materials were found in the search.  BOWDEN admitted that she sent the false text messages and made the false telephonic statements about the bombs.

## Narrative

6.      Within the past two weeks, a cooperating witness (hereinafter "CW") contacted the FBI New Haven field office, and advised that the CW had been exchanging text messages with a female subject who claimed to be planning a suicidal mass shooting at Gateway Community College, located in downtown New Haven.  The CW explained that a friend of the CW's had spent an intimate evening with the female subject, after which the CW had commenced electronically stalking the friend through a series of telephonic and/or computer messages.  On behalf of the friend, the CW had commenced contact with the female subject via text messages. Then, when the female subject provided the CW with descriptions of her plans and desire to conduct a mass shooting, the CW contacted the FBI.

7.     The CW gave the FBI consent to download the CW's phone contents, which included a lengthy series of text messages between the CW and the female subject from February 4 through February 7, 2013.   The female subject's text messages listed a cell phone having a New Haven area number ending in the digits x8102.

8.     The CW had met the female subject, whom the CW identified as Amanda Bowden and described as a white/Hispanic female, approximately 5'6" tall, approximately 135 lb., with dark hair.   The CW had "friended" BOWDEN on Facebook.   Based both on BOWDEN's Facebook page and a records check through the National Criminal Information Center ("NCIC"), agents determined that BOWDEN's full name and address is Amanda C. Bowden, 11 Ozone Road, East Haven, Connecticut 06512; and a date of birth in the year 1993.

9.     Among the several texts sent by BOWDEN to the CW were those described below:

02–05-2013, between 8:35 and 8:50 pm, the following texts were exchanged between BOWDEN and the CW, among others:   BOWDEN texted the CW that she was "depressed," and that "Shooting things is one of the few things I find fun".   The CW texted BOWDEN, "I've always wanted to shoot up a mall".   Within a minute, BOWDEN texted the CW, "Lmao fun I would do it".   ("Lmao" is commonly understood to mean "laughing my ass off")   Within a couple of minutes, BOWDEN texted the CW, "I was going to fucking shoot up my school haha well I was thinking of it".   The CW sent BOWDEN a text asking what school, and "Any specific reason for the school?"   BOWDEN texted the CW, "Because I don't like people a lot of reasons"   "Lol gateway I hope I am not scaring you".   ("Lol" is commonly understood to mean "laughing out loud")

-3-



02-05-2013, between 9:00 and 9:12 pm, BOWDEN sent the following texts to the CW, among others: "Can you ever hangout I already have everything planned out lol way too long to explain on text" "I'm killing myself after though" "If Im going to commit suicide might as well take people down with me who made me miserable" "The people the whole damn place is going down" "I was pissed when the sandy hook happened lol" "Cuz I wanted to be the next big one".

02–05-2013, between 9:12 and 9:16 pm, the following texts were exchanged between BOWDEN and the CW, among others:  BOWDEN texted the CW, "I want it to happen sometime by the end of this year I have to plan it out more though takes time" "Cuz it's risky".  The CW texted BOWDEN, "R you planning on locking doors and killing everyone?"  BOWDEN texted the CW, "thats how I would do it" "Make it hard for police to get in" "I want people dead" "Not injured".

02–05-2013, between 9:22 and 9:27 pm, BOWDEN sent the following texts to the CW, among others: "Yea I think of it like I wanted to kill myself so might as well be known then be known as some person who just killed themself" "Bigger and better than all the rest" 'Have a couple of guns" "Shot guns cuz they're powerful".

02-05-2013, between 9:28 and 9:41 pm, the following texts were exchanged between BOWDEN and the CW, among others:  The CW texted BOWDEN, "U are 100% serious about this?  Because if u are I am serious about helping.  Dead serious".  BOWDEN texted the CW, "Yes I've been planning this forever can't fucking wait".  The CW texted BOWDEN, "I want to do this!"  About eight minutes later, the CW texted



BOWDEN, "How long u been planning this".   BOWDEN texted the CW, "Couple

months now but I was thinking about doing something like this for a year".

02-06-2013, between 2:24 and 2:28 am, BOWDEN sent the following texts to the

CW, among others:  "I feel like I can't wait any longer to do what I want to do I can't

wait it's going to be fun"  "If y don't do it with me ill be all over the news ill be famous

haha" "We have to plan it more to make it better then the rest.  And make sure they die

and not have stupid injures most likely end of this year or early next year".

02-06-2013, between 2:29 and 2:31 pm, the following texts were exchanged

between BOWDEN and the CW, among others:  The CW texted BOWDEN, "Im just

wondering why gateway did they fuck u over somehow".  BOWDEN texted the CW,

"Yes the people talk shit".  The CW texted BOWDEN, "Oh thats horrible fuck them".

BOWDEN texted the CW, "Lol they will die".

02-06-2013, at 2:44 am, BOWDEN sent the following text to the CW:  "Before I

go on my rampage I wanna do percs or something or drink a little"

02-07-2013, at 1:46 am, BOWDEN sent the following text to the CW: "When I

die I won't be miserable because I already have been living in hell here".

02-07-2013, between 2:03 and 2:09 am, BOWDEN sent the following texts to the

CW, among others:  "I love the power Ill have over people."  "Then be in the news after

all over the Internet ad dumb ass people will be like 'why did this happen'" "Just

thinking about it makes me happy"    " I love the feeling even though ill be dead fuck it".

02-07-2013, between 2:09 and 2:14 am, after the CW texted, "Oh u have writing

about it?" BOWDEN sent the following texts to the CW, among others:  "Writing about it



for months" "Omg the police searched my room one night that's the first thing I looked for I was like thank god they didn't find that" "Yes in my closet". ("Omg" is understood to mean, "Oh my God")

02–07-2013, between 2:16 and 2:24 am, the following texts were exchanged between BOWDEN and the CW, among others:   BOWDEN texted the CW, "I want the whole place to just explode lmfao wouldn't that be funny". ("lmfao" is understood to mean, "laughing my f—cking ass off")   The CW texted BOWDEN, "How many lives do you think will be in our hands?"   BOWDEN texted the CW, "Hundreds hopefully with a bomb"  "Best way to go out"  "Cuz I hate people"  "Yes I drew parts of the school out as to where to go first and the timing of it all"  "We will be killing people and ill be so happy haha I always pictured my life like this".

02–07-2013, at 2:27 am, BOWDEN sent the following texts to the CW:  "Ill shoot a cop"  "That's what I'm trying to figure out how to get around them that's why I want to bomb it first then go in hopefully wiping out some security".

02–07-2013, between 3:21 and 3:23 am, the following texts were exchanged between BOWDEN and the CW, among others:  The CW texted BOWDEN, "What do u have for guns again?"   BOWDEN texted the CW, "Shot guns".   The CW texted BOWDEN, "Oh i thought you said rifles".   BOWDEN texted the CW, "I have those too but is rather use shot guns"  "Yea they're in my basement".

10.   Starting on February 12, 2013, an FBI undercover agent ("U/C") assumed the identity of the CW and commenced texting BOWDEN.  On February 12, 2013, BOWDEN texted the U/C, among other things, "I just made a bomb for us so we can set it off the day we



plan this out"  "A napalm one".  The U/C asked via text how BOWDEN had made the bomb, to which BOWDEN replied, "gasoline, styrafoam mix the styrafoam until it turns into a jelly fill a glass bottle with the napalm then code the rag in napalm put it in the bottle leave a piece of the rag hanging out then light when you want to throw it at something".  Agents assigned to the FBI New Haven JTTF who have experience and training in bomb technology have confirmed that BOWDEN's text accurately described how to construct a homemade napalm bomb.

11.     BOWDEN also texted the U/C, "there's also a lightbulb bomb I make take the napalm then heat up the metal piece on the lightbulb so it'll come off put the napalm in it have hot glue to reattach the metal piece screw it on then when it's turned on it covers the person in napalm and they die lol" "then they BURN!"

12.     BOWDEN also texted the U/C, "I had a sex dream lol"  "Yea we were having sex after we killed everyone lol".  The U/C asked via text if she meant right in the school, and BOWDEN replied, "yea in the school lol it was hot".

13.     On February 13, 2013, in an unrecorded telephone conversation with the U/C, BOWDEN stated that she trusted him, because she could be put in jail for what she has been discussing through phone calls and text messages.  Also in this conversation, BOWDEN said she makes the napalm explosives intended for the school bombing at her house.  BOWDEN began discussing the Sandy Hook school shooting, praising Adam Lanza for what he did, saying we should have bullet proof vests like Lanza to make it harder for the police to kill us during the shooting at Gateway, and reiterating her desire to one-up Adam Lanza.

14.     On February 14, 2013, in a recorded telephone conversation with the U/C, BOWDEN made several comments about explosives and the shooting/bombing plan, including: she was now hiding her homemade explosives in the basement; she would like to bomb the whole state of Connecticut, and if she could, she would bomb the whole country; she would also like to bomb DCF (Department of Children and Families) but was refraining from doing so to keep a low profile in the time leading up to the Gateway school shooting; and she planned to detonate napalm bombs during the Gateway school shooting to prevent law enforcement from making entry, to give her more time to inflict more casualties.   Among other things, BOWDEN promised the U/C that she would not go through with plan without him.

15.     On February 16, 2013, BOWDEN texted the U/C about a home visit by DCF at her residence, "They gave me a list of questions and I lied about a lot of them it was like 'did you ever think of committing suicide or hurting someone else' I put never lmao I was trying not to laugh while filling them out".   ("lmao" is understood to mean, "laughing my ass off)

16.     On February 16, 2013, BOWDEN texted the U/C the following, among other things:  "I have dreams about shooting up my school" "Yea you're with me it's amazing like there's all news outside and cops ad it feels so good killing people we are having the time of our lives doing it lol. Then kill ourselves an I wake up pissed cuz I want it to happen".

17.     On the afternoon of February 19, 2013, pursuant to a previously-issued federal sealed search warrant, investigating agents executed a search of BOWDEN's residence, located at 11 Ozone Road, East Haven, Connecticut.   Neither firearms nor explosive materials were found during the search.   After being advised of her <u>Miranda</u> rights, BOWDEN agreed to waive those rights and answer questions of the investigation agents.   BOWDEN claimed that she was not

actually planning any shooting or bombing, but rather was seeking to be accepted by the people with whom she was exchanging text messages. However, BOWDEN not only admitted to sending the texts describing how she made napalm bombs, but also stated that she had researched how to make such explosives from searching the internet on Google. Confronted with the February 5, 2-13, text message, "I was pissed when the sandy hook happened lol . . . Cuz I wanted to be the next big one," BOWDEN admitted that she sent that text.

18.     It is my understanding from open source information that students attending Gateway Community College ("GCC") in New Haven may apply for and receive federal financial aid to help finance their enrollment and attendance, and that GCC accordingly is a recipient of substantial amounts of federal funds by means of federally-financed tuition.

### Conclusion

19.     Based upon the foregoing, I submit there is probable cause to believe, and I do believe, that on or about February 5, 7, 12, 13, and 14, 2013, BOWDEN committed violations of 18 U.S.C. § 1038(a)(1), because on those dates she engaged in "conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity . . . will take place that would constitute a violation of" 18 U.S.C. chapter 40, specifically, 18 U.S.C. § 844(f) and (i). Under section 844(f), it is a federal felony crime to "attempt[] to damage or destroy, by means of fire or an explosive, any building . . . or real property in whole or in part owned or possessed by . . . any institution or organization receiving federal financial assistance . . . ." Under section 844(i), it is a federal felony crime to "attempt[] to damage or destroy, by means of fire or an explosive, any



building . . . or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce . . . ."

20.    I therefore respectfully request that the Court issue a Complaint charging BOWDEN with one count of false information and hoaxes, in violation of 18 U.S.C. § 1038(a)(1), along with a warrant for BOWDEN's arrest.

ERICK HOOVIS
Task Force Officer
Connecticut Joint Terrorism Task Force


Subscribed and Sworn before me this 2 0 th day of February, 2013, at Bridgeport, Connecticut.

/s/ William I. Garfinkel, USMJ

HON. WARREN I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE