UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2013 APR 25  A 11: 16
3:13CR0081 (MPS)
US DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | |
| AMANDA C. BOWDEN | 18 U.S.C. Section 1038(a)(1)<br>(False information and hoaxes) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about February 7, 2013, to on or about February 13, 2013, in the District of Connecticut, defendant AMANDA C. BOWDEN did intentionally convey false and misleading information, specifically, that she was planning a suicidal mass shooting and bombing at Gateway Community College in New Haven, Connecticut and that she had constructed one or more napalm bombs as part of that plan, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, namely, a bombing of Gateway Community College, which would constitute a violation of 18 U.S.C. Chapter 40, by damaging and destroying buildings and real property owned and possessed by an institution receiving federal financial assistance.

In violation of Title 18, United States Code, Section 1038(a)(1).

_____
DAVID B. FEIN
UNITED STATES ATTORNEY

_____
HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY